IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JANET JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  4:10-CV-151-TWP-WGH |
| vs. ) | |
| ) | |
| T.G. MISSOURI, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ADA AND TITLE VII CLAIMS**

COMES NOW Defendant T.G. Missouri Corporation ("Defendant" or "T.G. Missouri"), improperly named in Plaintiff's Complaint as "T.G. Missouri," by and through the undersigned attorneys, and moves this Court to dismiss Plaintiff's claims alleging violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Americans with Disabilities Act of 1990 ("ADA") pursuant to Fed. R. Civ. P. 12(b)(6).

As grounds for its motion, T.G. Missouri hereby incorporates by reference its Brief in Support of Defendant's Motion to Dismiss Plaintiff's ADA and Title VII Claims.

WHEREFORE, Defendant T.G. Missouri respectfully requests that this Court dismiss Plaintiff's ADA and Title VII claims, and for any other relief this Court deems just and proper

Respectfully submitted,

RHINE ERNEST LLP

/s/  Chad J. Sullivan
Chad J. Sullivan
Rhine Ernest LLP
One Main Street, Suite 600
Evansville, IN 47708
Telephone 812.759.0600
Facsimile 812.759.0601
Email: csullivan@rhine-ernest.com

*Local Counsel for Defendant T.G. Missouri Corporation*

GREENSFELDER, HEMKER & GALE, P.C.

Kevin T. McLaughlin  (*pro hac vice pending*)
Melanie A. Renken (*pro hac vice pending*)
10 S. Broadway
Suite 2000
St. Louis, MO  63102
(314) 241-9090
Fax:  (314) 241-3643

*Attorneys for Defendant T.G. Missouri Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2010, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Janet Jacobs
214 West Tenth Street
New Albany, IN 47150

/s/  Chad J. Sullivan

1245909.01