UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JANET JACOBS,　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　Plaintiff,　　　　　　）
　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　）　　No. 4:10-cv-151-TWP-WGH
　　　　　　　　　　　　　　　　）
T.G. MISSOURI,　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　Defendant.　　　　　　）

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.**

Date: 01/12/2011

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Kevin T. McLaughlin
GREENSFELDER HEMKER & GALE, P.C.
ktm@greensfelder.com

Melanie A. Renken
GREENSFELDER, HEMKER & GALE, P.C.
mar@greensfelder.com

Chad J. Sullivan
RHINE ERNEST LLP
csullivan@rhine-ernest.com

Janet Jacobs
214 West Tenth Street
New Albany, IN 47150